| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | Attorney for Plaintiff |

E-FILING

**FILED**

2008 MAY 29 P 3: 33

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GARY JAMES ROLLER,<br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) | CR-08 00361 RMW<br><br>VIOLATION:<br><br>18 U.S.C. § 2252(a)(4)(B) - Possession of Visual Depictions of Minors Engaged in Sexually Explicit Conduct;  18 U.S.C. §§ 2253(a)(1) and (a)(3)- Criminal Forfeiture |

INFORMATION

The United States Attorney charges:

On or about December 5, 2007, in the Northern District of California, the defendant,

GARY JAMES ROLLER,

did knowingly and intentionally possess certain matter, to wit, images, which visual depictions had been mailed and transported in interstate or foreign commerce by any means, including by computer, the producing of which visual depictions involved the use of one and more minors engaging in sexually explicit conduct and which visual depictions were of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

FORFEITURE ALLEGATIONS: (18 U.S.C. §§ 2253(a)(1) and (a)(3) - Criminal Forfeiture)

The allegations contained in Count One of this Indictment are hereby realleged and by

INDICTMENT
U.S. v. ROLLER

1  this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18,
2  United States Code, Section 2253.
3        Upon conviction of the offenses alleged in Count One above, the defendant,
4                      GARY JAMES ROLLER,
5  shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1)
6  and (a)(3), all visual depictions described in Title 18, United States Code, Section 2252, and all
7  property, real or personal, used or intended to be used to commit or promote the commission of
8  the offenses of conviction, including but not limited to a Sony Vaio notebook computer (serial
9  number 3000047), an IBM laptop computer (serial number 78-X4272), a Phillips desktop
10 computer (no visible serial number), a CAC design station (no visible serial number), a Seagate
11 hard drive (serial number SLS1WADC), and the memory cards, floppy disks, zip disks, compact
12 disks, videotape and magazines, seized from the defendant's residence on or about December 5,
13 2007.

15 Dated: May 29, 2008

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney

                                            MATTHEW A. PARRELLA
                                            Chief, San Jose Office

21 (Approved as to form: _____
                          AUSA HANLEY CHEW

INDICTMENT
U.S. v. ROLLER                                     2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location:** NORTHERN DISTRICT OF CALIFORNIA

FILED
2008 MAY 29  P 3:34
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA., S.J.

**OFFENSE CHARGED**
18 U.S.C. 2252(a)(4)(B) - Possession of Visual Depiction of Minor Engaged in Sexually Explicit Conduct
18 U.S.C. 2253(a)(1) and (a)(3) - Criminal Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-FILING

**PENALTY:**
10 years
$250,000 fine
Life time supervised release (5 year mandatory minimum)
$100 mandatory special assessment

**DEFENDANT - U.S.**
► GARY JAMES ROLLER

**DISTRICT COURT NUMBER**
CR-08 00361 RMW
RS

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
ICE Special Agent Lou Strickland

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on THIS FORM: Joseph P. Russoniello
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Hanley Chew

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

**DATE OF ARREST** ► Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ► Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☑ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☑ Arraignment  ☑ Initial Appearance

**Defendant Address:**
Gary James Roller c/o Richard Pointer, Esq.
12007 W Hedding St #100
San Jose, CA, 95128

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: July 17, 2008/9:30 a.m.

Before Judge: Howard R. Lloyd

Comments: