AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ NORTHERN _____ DISTRICT OF _____ CALIFORNIA _____

UNITED STATES OF AMERICA
V.

GARY ROLLER.

**WAIVER OF INDICTMENT**

CASE NUMBER: 08-00361 RMW

I, __GARY Roller__, the above named defendant, who is accused of

__18 USC 2252(a)(4)(B)    18 USC 2253(3)(1)7(2)(5)__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __7/17/08__ prosecution by indictment and consent that the pro-
                  *Date*
ceeding may be by information rather than by indictment.

**FILED**

JUL 17 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

_____
Defendant

_____
Counsel for Defendant

Before _____
        *Judicial Officer*