JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney
San Jose Division

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5060
Facsimile: (408) 535-5066
Hanley.Chew@usdoj.gov

Attorneys for Plaintiff

**FILED**

JUL 17 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GARY JAMES ROLLER,<br><br>    Defendant. | No. CR 08-00361 RMW<br><br>**STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JULY 17, 2008 THROUGH AUGUST 18, 2008, FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |

On July 17, 2008, defendant Gary James Roller made his initial appearance before Magistrate Judge Howard R. Lloyd. Richard Pointer, Esq., appeared on behalf of the defendant. Assistant United States Attorney Hanley Chew appeared for the government. Magistrate Judge Lloyd ordered the parties to appear before Judge Ronald M. Whyte on August 18, 2008 at 9:00 a.m. for trial setting in this matter.

The parties request that the Court enter this order documenting the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from July 17, 2008 through August 18, 2008. The parties, including the defendant, stipulate as follows:

STIP. & [PROPOSED] ORDER
U.S. v. ROLLER, No. CR 08-00361 RMW

1.   The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from July 17, 2008 through August 18, 2008, based upon the need for the defense counsel to investigate further the facts of the present case. The government has already provided discovery and defense counsel needs additional time to review the discovery, evaluate further possible defenses and motions available to the defendant.

2.   The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be from July 17, 2008 through August 18, 2008.

Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding from calculations the period from July 17, 2008 through August 18, 2008, outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 7/17/08

_____
RICHARD POINTER

DATED: 7/17/08

_____
HANLEY CHEW
Assistant United States Attorney

## [PROPOSED] ORDER

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from July 17, 2008 through August 18, 2008, based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the

government has already provided and evaluate further possible defenses and motions available to the defendant; (2) the exclusion of time is necessary for effective preparation of the defense and is in the defendant's best interests; and (3) the ends of justice are served by excluding from calculations the period from July 17, 2008 through August 18, 2008.

Accordingly, the Court further orders that the time from July 17, 2008 through August 18, 2008 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

DATED: 7/17/08

THE HONORABLE HOWARD R. LLOYD
United States Magistrate Judge