1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  HANLEY CHEW (CSBN 189985)
   Assistant United States Attorney
5  San Jose Division

6     150 Almaden Boulevard, Suite 900
      San Jose, California 95113
7     Telephone: (408) 535-5060
      Facsimile:  (408) 535-5066
8     Hanley.Chew@usdoj.gov

9  Attorneys for Plaintiff

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                         SAN JOSE DIVISION
13

14
   UNITED STATES OF AMERICA,        )   No. CR 08-00361 RMW
15                                  )
          Plaintiff,                )
16                                  )   **STIPULATION TO CONTINUE**
                                    )   **STATUS CONFERENCE ON**
17     v.                           )   **DEFENDANT'S POSTING OF BOND**
                                    )   **FROM AUGUST 19, 2008 TO AUGUST**
18 GARY JAMES ROLLER,               )   **28, 2008**
                                    )
          Defendant.                )
19                                  )   Date: August 19, 2008
                                    )   Time: 9:30 p.m.
20 _____)   Court: Honorable Patricia V. Trumbull

21

22        On July 17, 2008, defendant Gary James Roller ("defendant") made his initial appearance

23 before Magistrate Judge Howard R. Lloyd. Richard Pointer, Esq., appeared on behalf of the

24 defendant. Assistant United States Attorney Hanley Chew appeared for the government.

25 Magistrate Judge Lloyd released defendant on the condition that he post a $100,000 bond by

26 August 11, 2008. Defendant stated that he owned real property outright and could post $100,000

27 that would secured by the equity in his real property. On August 11, 2008, the parties appeared

28 again before Magistrate Judge Lloyd. Defendant indicated that he needed additional time to

STIP. & [PROPOSED] ORDER
U.S. v. ROLLER, No. CR 08-00361 RMW

obtain the necessary documentation to post the $100,000 bond. Magistrate Judge Lloyd continued this matter to August 19, 2008 at 9:30 a.m. before Magistrate Judge Patricia V. Trumbull for a status conference on defendant's posting of the $100,000 bond.

The parties request that the Court enter this order continuing the status conference on defendant's posting of the $100,000 bond in this case. The parties, including the defendant, stipulate as follows:

1. The defendant has indicated that he still needs additional time to secure the necessary documentation to post the $100,000 bond.

2. Defense counsel believes that he may be beginning a trial in state court on August 18, 2008.

Given these circumstances, the parties believe, and request that the Court find, that there is good cause for continuing the status conference on defendant's posting of bond in this case from August 19, 2008 to August 28, 2008 at 9:30 a.m. before this Court. In the event that the bond is posted prior to the date, the parties will notify the Court and request that the status conference be taken off calendar.

IT IS SO STIPULATED.

DATED: 8/15/08
/s/
RICHARD POINTER

DATED: 8/17/08
/s/
HANLEY CHEW
Assistant United States Attorney

STIP. & [PROPOSED] ORDER
U.S. v. ROLLER, No. CR 08-00361 RMW        2

**[PROPOSED] ORDER**

Having considered the stipulation of the parties, and good cause appearing, the Court orders the status conference on defendant's posting of bond in this case be continued from August 19, 2008 to August 28, 2008 at 9:30 a.m.

IT IS SO ORDERED.

DATED:_____

_____
THE HONORABLE PATRICIA V. TRUMBULL
United States Magistrate Judge