1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  HANLEY CHEW (CSBN 189985)
   Assistant United States Attorney
5  San Jose Division

6    150 Almaden Boulevard, Suite 900
     San Jose, California 95113
7    Telephone:  (408) 535-5060
     Facsimile:   (408) 535-5066
8    Hanley.Chew@usdoj.gov

9  Attorneys for Plaintiff

FILED

AUG 18 2008

CLERK
NORTHERN DISTRICT COURT
SAN JOSE CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>             )<br>  Plaintiff,   )<br>             )<br>  v.         )<br>             )<br>GARY JAMES ROLLER,       )<br>             )<br>  Defendant.   )<br>             )<br>_____ ) | No. CR 08-00361 RMW<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE ON DEFENDANT'S POSTING OF BOND FROM AUGUST 19, 2008 TO AUGUST 28, 2008**<br><br>Date:  August 19, 2008<br>Time:  9:30 p.m.<br>Court: Honorable Patricia V. Trumbull |

On July 17, 2008, defendant Gary James Roller ("defendant") made his initial appearance before Magistrate Judge Howard R. Lloyd. Richard Pointer, Esq., appeared on behalf of the defendant. Assistant United States Attorney Hanley Chew appeared for the government. Magistrate Judge Lloyd released defendant on the condition that he post a $100,000 bond by August 11, 2008. Defendant stated that he owned real property outright and could post $100,000 that would secured by the equity in his real property. On August 11, 2008, the parties appeared again before Magistrate Judge Lloyd. Defendant indicated that he needed additional time to

STIP. & [PROPOSED] ORDER
U.S. v. ROLLER, No. CR 08-00361 RMW

obtain the necessary documentation to post the $100,000 bond. Magistrate Judge Lloyd continued this matter to August 19, 2008 at 9:30 a.m. before Magistrate Judge Patricia V. Trumbull for a status conference on defendant's posting of the $100,000 bond.

The parties request that the Court enter this order continuing the status conference on defendant's posting of the $100,000 bond in this case. The parties, including the defendant, stipulate as follows:

1. The defendant has indicated that he still needs additional time to secure the necessary documentation to post the $100,000 bond.

2. Defense counsel believes that he may be beginning a trial in state court on August 18, 2008.

Given these circumstances, the parties believe, and request that the Court find, that there is good cause for continuing the status conference on defendant's posting of bond in this case from August 19, 2008 to August 28, 2008 at 9:30 a.m. before this Court. In the event that the bond is posted prior to the date, the parties will notify the Court and request that the status conference be taken off calendar.

IT IS SO STIPULATED.

DATED: 8/15/08                         /s/
                                       RICHARD POINTER

DATED: 8/17/08                         /s/
                                       HANLEY CHEW
                                       Assistant United States Attorney

## [PROPOSED] ORDER

Having considered the stipulation of the parties, and good cause appearing, the Court orders the status conference on defendant's posting of bond in this case be continued from August 19, 2008 to August 28, 2008 at 9:30 a.m.

IT IS SO ORDERED.

DATED: 8/18/08

THE HONORABLE PATRICIA V. TRUMBULL
United States Magistrate Judge

STIP. & [PROPOSED] ORDER
U.S. v. ROLLER, No. CR 08-00361 RMW            3