JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney
San Jose Division

  150 Almaden Boulevard, Suite 900
  San Jose, California 95113
  Telephone:  (408) 535-5060
  Facsimile:   (408) 535-5066
  Hanley.Chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> GARY JAMES ROLLER, ) <br> ) <br>     Defendant. ) <br> ) <br> ) <br> ) <br> _____ ) | No. CR 08-00361 RMW <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE FROM SEPTEMBER 15, 2008 TO SEPTEMBER 29, 2008 AND EXCLUDING TIME FROM SEPTEMBER 15, 2008 THROUGH SEPTEMBER 29, 2008, FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |

    The parties hereby request that the Court enter this order continuing the status conference from September 15, 2008 to September 29, 2008 and excluding time from September 15, 2008 through September 29, 2008.  The parties, including the defendant, stipulate as follows:

1.    The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, for the period from September 15, 2008 through September 29, 2008 based upon the need for the defense counsel to investigate further the facts of the present case and determine what, if any, motions are appropriate.  The government has produced discovery in this case and the defense counsel and defendant require additional time to

review and analyze this discovery. A status conference will not being meaningful until after defendant and defense counsel has had an opportunity to complete their investigation. In addition, defense counsel is currently in homicide trial in state court and anticipates that the trial may last through the week of September 15, 2008. For continuity and effective preparation of defense counsel, the parties agree that the status conference currently scheduled for September 15, 2008 and should be continued to September 29, 2008 at 9 a.m.

2.   The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be for the period from September 15, 2008 through September 29, 2008.

Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding from calculations the period from September 15, 2008 through September 29, 2008 outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 9/4/08         /s/ Richard Pointer
                     RICHARD POINTER


DATED: 9/4/08         /s/ Hanley Chew
                     HANLEY CHEW
                     Assistant United States Attorney

## [PROPOSED] ORDER

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from September 15, 2008 through September 29, 2008, based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the government has already provided and evaluate further possible defenses and motions

STIP. & [PROPOSED] ORDER
U.S. v. ROLLER, No. CR 08-00361 RMW         2

1  available to the defendant; (2) the exclusion of time is necessary for effective preparation of the
2  defense and is in the defendant's best interests; and (3) the ends of justice are served by
3  excluding from Speedy Trial calculations the period from September 15, 2008 through
4  September 29, 2008.
5      Accordingly, the Court further orders that (1) the status conference set for September 15,
6  2008 is vacated and that the next appearance date before this Court is scheduled for September
7  29, 2008 at 9:00 a.m.; and (2) the time from September 15, 2008 through September 29, 2008 is
8  excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

10  IT IS SO ORDERED.

12  DATED:_____            _____
                                      THE HONORABLE RONALD M. WHYTE
                                      United States District Court Judge

STIP. & [PROPOSED] ORDER
U.S. v. ROLLER, No. CR 08-00361 RMW        3