1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  HANLEY CHEW (CSBN 189985)
   Assistant United States Attorney
5  San Jose Division

6      150 Almaden Boulevard, Suite 900
       San Jose, California 95113
7      Telephone:  (408) 535-5060
       Facsimile:   (408) 535-5066
8      Hanley.Chew@usdoj.gov                        *E-FILED - 9/25/08*

9  Attorneys for Plaintiff

10
                          UNITED STATES DISTRICT COURT
11
                        NORTHERN DISTRICT OF CALIFORNIA
12
                                 SAN JOSE DIVISION
13

14 UNITED STATES OF AMERICA,          )   No. CR 08-00361 RMW
                                       )
15         Plaintiff,                  )
                                       )   STIPULATION AND [ ]
16     v.                              )   ORDER CONTINUING STATUS
                                       )   CONFERENCE FROM SEPTEMBER
17 GARY JAMES ROLLER,                  )   15, 2008 TO SEPTEMBER 29, 2008 AND
                                       )   EXCLUDING TIME FROM
18         Defendant.                  )   SEPTEMBER 15, 2008 THROUGH
                                       )   SEPTEMBER 29, 2008, FROM
19                                     )   CALCULATIONS UNDER THE
                                       )   SPEEDY TRIAL ACT (18 U.S.C. § 3161)
20
           The parties hereby request that the Court enter this order continuing the status conference
21
   from September 15, 2008 to September 29, 2008 and excluding time from September 15, 2008
22
   through September 29, 2008.  The parties, including the defendant, stipulate as follows:
23
   1.      The defendant understands and agrees to the exclusion of time from calculations under
24
   the Speedy Trial Act, 18 U.S.C. § 3161, for the period from September 15, 2008 through
25
   September 29, 2008 based upon the need for the defense counsel to investigate further the facts
26
   of the present case and determine what, if any, motions are appropriate.  The government has
27
   produced discovery in this case and the defense counsel and defendant require additional time to
28

STIP. & ] ORDER
U.S. v. ROLLER, No. CR 08-00361 RMW

1  review and analyze this discovery.  A status conference will not being meaningful until after
2  defendant and defense counsel has had an opportunity to complete their investigation.  In
3  addition, defense counsel is currently in homicide trial in state court and anticipates that the trial
4  may last through the week of September 15, 2008.  For continuity and effective preparation of
5  defense counsel, the parties agree that the status conference currently scheduled for September
6  15, 2008 and should be continued to September 29, 2008 at 9 a.m.
7  2.     The attorney for defendant joins in the request to exclude time under the Speedy Trial
8  Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for
9  effective preparation of the defense; believes the exclusion is in the defendant's best interests;
10 and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be for
11 the period from September 15, 2008 through September 29, 2008.
12     Given these circumstances, the parties believe, and request that the Court find, that the
13 ends of justice are served by excluding from calculations the period from September 15, 2008
14 through September 29, 2008 outweigh the best interests of the public and the defendant in a
15 speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
16 IT IS SO STIPULATED.

DATED: 9/4/08                    /s/ Richard Pointer
                                 RICHARD POINTER

DATED: 9/4/08                    /s/ Hanley Chew
                                 HANLEY CHEW
                                 Assistant United States Attorney

### [] ORDER

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from September 15, 2008 through September 29, 2008, based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the government has already provided and evaluate further possible defenses and motions

1   available to the defendant; (2) the exclusion of time is necessary for effective preparation of the
2   defense and is in the defendant's best interests; and (3) the ends of justice are served by
3   excluding from Speedy Trial calculations the period from September 15, 2008 through
4   September 29, 2008.
5         Accordingly, the Court further orders that (1) the status conference set for September 15,
6   2008 is vacated and that the next appearance date before this Court is scheduled for September
7   29, 2008 at 9:00 a.m.; and (2) the time from September 15, 2008 through September 29, 2008 is
8   excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

10  IT IS SO ORDERED.

11  DATED: 9/25/08
12                                                    *Ronald M. Whyte*
                                                      THE HONORABLE RONALD M. WHYTE
                                                      United States District Court Judge