1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  HANLEY CHEW (CSBN 189985)
   Assistant United States Attorney
5  San Jose Division

6  150 Almaden Boulevard, Suite 900             ***E-FILED - 9/26/08***
   San Jose, California 95113
7  Telephone:  (408) 535-5060
   Facsimile:   (408) 535-5066
8  Hanley.Chew@usdoj.gov

9  Attorneys for Plaintiff

10
                        UNITED STATES DISTRICT COURT
11
                       NORTHERN DISTRICT OF CALIFORNIA
12
                              SAN JOSE DIVISION
13

14 UNITED STATES OF AMERICA,        )   No. CR 08-00361 RMW
                                    )
15        Plaintiff,                )
                                    )   STIPULATION AND []
16   v.                             )   ORDER CONTINUING STATUS
                                    )   CONFERENCE FROM SEPTEMBER
17 GARY JAMES ROLLER,               )   29, 2008 TO OCTOBER 27, 2008 AND
                                    )   EXCLUDING TIME FROM
18        Defendant.                )   SEPTEMBER 29, 2008 THROUGH
                                    )   OCTOBER 27, 2008, FROM
19                                  )   CALCULATIONS UNDER THE
                                    )   SPEEDY TRIAL ACT (18 U.S.C. § 3161)
20
        The parties hereby request that the Court enter this order continuing the status conference
21
from September 29, 2008 to October 27, 2008 and excluding time from September 29, 2008
22
through October 27, 2008.  The parties, including the defendant, stipulate as follows:
23
1.      The defendant understands and agrees to the exclusion of time from calculations under
24
the Speedy Trial Act, 18 U.S.C. § 3161, for the period from September 29, 2008 through
25
October 27, 2008 based upon the need for the defense counsel to investigate further the facts of
26
the present case and determine what, if any, motions are appropriate.  Defense counsel has also
27
requested additional time to review and analyze the images of child pornography again.  The
28

STIP. & [] ORDER
U.S. v. ROLLER, No. CR 08-00361 RMW

government has produced discovery in this case and the defense counsel and defendant require additional time to review and analyze this discovery.  A status conference will not being meaningful until after defendant and defense counsel has had an opportunity to complete their investigation.  For effective preparation of defense counsel, the parties agree that the status conference currently scheduled for September 29, 2008 and should be continued to October 27, 2008 at 9 a.m.

2.	The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be for the period from September 29, 2008 through October 27, 2008.

Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding from calculations the period from September 29, 2008 through October 27, 2008 outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 9/25/08               /s/ Richard Pointer
                             RICHARD POINTER


DATED: 9/25/08               /s/ Hanley Chew
                             HANLEY CHEW
                             Assistant United States Attorney

## [] ORDER

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from September 29, 2008 through October 27, 2008, based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the government has already provided and evaluate further possible defenses and motions available to

1  the defendant; (2) the exclusion of time is necessary for effective preparation of the defense and
2  is in the defendant's best interests; and (3) the ends of justice are served by excluding from
3  Speedy Trial calculations the period from September 29, 2008 through October 27, 2008.
4      Accordingly, the Court further orders that (1) the status conference set for September 29,
5  2008 is vacated and that the next appearance date before this Court is scheduled for October 27,
6  2008 at 9:00 a.m.; and (2) the time from September 29, 2008 through October 27, 2008 is
7  excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.
8
9  IT IS SO ORDERED.
10 DATED: 9/26/08                    /s/ Ronald M. Whyte
11                                   THE HONORABLE RONALD M. WHYTE
                                     United States District Court Judge

STIP. & [] ORDER
U.S. v. ROLLER, No. CR 08-00361 RMW                3