1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   HANLEY CHEW (CSBN 189985)
    Assistant United States Attorney
5   San Jose Division

6     150 Almaden Boulevard, Suite 900
      San Jose, California 95113
7     Telephone:  (408) 535-5060                    ***E-FILED - 11/25/08***
      Facsimile:   (408) 535-5066
8     Hanley.Chew@usdoj.gov

9   Attorneys for Plaintiff

10                   UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,          )    No. CR 08-00361 RMW
                                       )
15          Plaintiff,                 )
                                       )
16     v.                              )    **STIPULATION AND []
                                       )    ORDER CONTINUING STATUS
17  GARY JAMES ROLLER,                 )    CONFERENCE FROM NOVEMBER 24,
                                       )    2008 TO DECEMBER 15, 2008 AND
18          Defendant.                 )    EXCLUDING TIME FROM
                                       )    NOVEMBER 24, 2008 TO DECEMBER
19                                     )    15, 2008, FROM CALCULATIONS
    _____)    UNDER THE SPEEDY TRIAL ACT (18
20                                          U.S.C. § 3161)**

21         The parties hereby request that the Court enter this order continuing the status conference

22  from November 24, 2008 to December 15, 2008, and excluding time from November 24, 2008

23  through December 15, 2008.  The parties, including the defendant, stipulate as follows:

24  1.     The defendant understands and agrees to the exclusion of time from calculations under

25  the Speedy Trial Act, 18 U.S.C. § 3161, for the period from November 24, 2008 through

26  December 15, 2008 based upon the need for the defense counsel to investigate further the facts

27  of the present case and determine what, if any, motions are appropriate.  The government has

28  produced discovery in this case and the defense counsel and defendant require additional time to

STIP. & [] ORDER
U.S. v. ROLLER, No. CR 08-00361 RMW

1  review and analyze this discovery.  In addition, the parties have agreed to a participate in a

2  settlement conference before Magistrate Judge Patricia V. Trumbull on December 5, 2008 at 2

3  p.m.  A status conference will not being meaningful until after defendant and defense counsel

4  has had an opportunity to complete their investigation and the parties have had an opportunity to

5  participate in the December 5, 2008 settlement conference.  For effective preparation of defense

6  counsel, the parties agree that the status conference currently scheduled for November 24, 2008

7  and should be continued to December 15, 2008 at 9 a.m.

8  2.       The attorney for defendant joins in the request to exclude time under the Speedy Trial

9  Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for

10  effective preparation of the defense; believes the exclusion is in the defendant's best interests;

11  and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be for

12  the period from November 24, 2008 through December 15, 2008.

13          Given these circumstances, the parties believe, and request that the Court find, that the

14  ends of justice are served by excluding from calculations the period from November 24, 2008

15  through December 15, 2008 outweigh the best interests of the public and the defendant in a

16  speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

17  IT IS SO STIPULATED.

18
19  DATED: 11/18/08                              /s/ Richard Pointer_____
                                                 RICHARD POINTER

20

21  DATED: 11/18/08                              /s/ Hanley Chew_____
                                                 HANLEY CHEW

22                                               Assistant United States Attorney

23                                    ] **ORDER**

24          Having considered the stipulation of the parties, the Court finds that: (1) the defendant

25  understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18

26  U.S.C. § 3161, from November 24, 2008 through December 15, 2008, based upon the need for

27  the defense counsel to investigate further the facts of the present case, review the discovery that

28

STIP. & [] ORDER
U.S. v. ROLLER, No. CR 08-00361 RMW          2

the government has already provided and evaluate further possible defenses and motions

available to the defendant; (2) the exclusion of time is necessary for effective preparation of the

defense and is in the defendant's best interests; and (3) the ends of justice are served by

excluding from Speedy Trial calculations the period from November 24, 2008 through December

15, 2008.

Accordingly, the Court further orders that (1) the status conference set for November 24,

2008 is vacated and that the next appearance date before this Court is scheduled for December

15, 2008 at 9:00 a.m.; and (2) the time from November 24, 2008 through December 15, 2008 is

excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

DATED:_____11/24/08_____

_Ronald M. Whyte_

_____
THE HONORABLE RONALD M. WHYTE
United States District Court Judge

STIP. & [] ORDER
U.S. v. ROLLER, No. CR 08-00361 RMW                    3