JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney
San Jose Division

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5060
Facsimile: (408) 535-5066
Hanley.Chew@usdoj.gov

*E-FILED - 3/23/09*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GARY JAMES ROLLER, )<br>)<br>Defendant. )<br>)<br>)<br>_____ ) | No. CR 08-00361 RMW<br><br>**STIPULATION AND []<br>ORDER CONTINUING MOTIONS<br>HEARING FROM MARCH 30, 2009 TO<br>MAY 11, 2009 AND EXCLUDING TIME<br>FROM MARCH 30, 2009 TO MAY 11,<br>2009, FROM CALCULATIONS UNDER<br>THE SPEEDY TRIAL ACT (18 U.S.C. §<br>3161)** |

The parties hereby request that the Court enter this order continuing the motions hearing from March 30, 2009 to May 11, 2009, and excluding time from March 30, 2009 through May 11, 2009. The parties, including the defendant, stipulate as follows:

1. The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, for the period from March 30, 2009 through May 11, 2009 based upon the need for the defense counsel to investigate further the facts of the present case and determine what, if any, additional motions are appropriate. The government has produced discovery in this case and the defense counsel and defendant require additional time to

STIP. & [] ORDER
U.S. v. ROLLER, No. CR 08-00361 RMW

1  review and analyze this discovery.  In addition, on March 2, 2009, defendant filed a motion to
2  suppress, a motion for a bill of particulars and a motion to strike one of the counts as
3  multiplicitous.  Argument for all of these motions are currently scheduled to be heard on March
4  30, 3009.  Defendant's co-counsel, who drafted the motions and will be arguing them, will be
5  participating in a trial the week of March 30, 2009, which is expected to last approximately a
6  month and a half.  Therefore, for effective preparation and continuity of defense counsel and
7  consideration of defendant's motion by the Court, the parties agree that the motions hearing
8  currently scheduled for March 30, 2009 and should be continued to May 11, 2009 at 9 a.m.
9  2.    The attorney for defendant joins in the request to exclude time under the Speedy Trial
10 Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for
11 effective preparation of the defense; believes the exclusion is in the defendant's best interests;
12 and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be for
13 the period March 30, 2009 through May 11, 2009.
14       Given these circumstances, the parties believe, and request that the Court find, that the
15 ends of justice are served by excluding from calculations the period from March 30, 2009
16 through May 11, 2009 outweigh the best interests of the public and the defendant in a speedy
17 trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
18 IT IS SO STIPULATED.

DATED: March 16, 2009         /s/ Richard Pointer
                              RICHARD POINTER


DATED: March 16, 2009         /s/ Hanley Chew
                              HANLEY CHEW
                              Assistant United States Attorney

## [] ORDER

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, March 30, 2009 through May 11, 2009, based upon continuity of defense

STIP. & [] ORDER
U.S. v. ROLLER, No. CR 08-00361 RMW        2

1  counsel, the need for the defense counsel to investigate further the facts of the present case,
2  review the discovery that the government has already provided and evaluate further possible
3  defenses and motions available to the defendant; (2) the exclusion of time is necessary for
4  effective preparation of the defense and continuity of counsel and is in the defendant's best
5  interests; and (3) the ends of justice are served by excluding from Speedy Trial calculations the
6  period March 30, 2009 through May 11, 2009.
7       Accordingly, the Court further orders that (1) the motions hearing set for March 30, 2009
8  is vacated and that the next appearance date before this Court is scheduled for May 11, 2009 at
9  9:00 a.m.; and (2) the time March 30, 2009 through May 11, 2009 is excluded from time
10 calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

12 IT IS SO ORDERED.

13 DATED:__3/23/09_____

14                                                 THE HONORABLE RONALD M. WHYTE
                                                United States District Court Judge