1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  HANLEY CHEW (CSBN 189985)
   Assistant United States Attorney
5  San Jose Division

6     150 Almaden Boulevard, Suite 900
      San Jose, California 95113
7     Telephone:  (408) 535-5060         *E-FILED - 7/16/09*
      Facsimile:   (408) 535-5066
8     Hanley.Chew@usdoj.gov

9  Attorneys for Plaintiff

10
                        UNITED STATES DISTRICT COURT
11
                       NORTHERN DISTRICT OF CALIFORNIA
12
                              SAN JOSE DIVISION
13

14 UNITED STATES OF AMERICA,        )   No. CR 08-00361 RMW
                                    )
15        Plaintiff,                )
                                    )   **STIPULATION AND []**
16    v.                            )   **ORDER CONTINUING MOTIONS**
                                    )   **HEARING FROM MAY 18, 2009 TO**
17 GARY JAMES ROLLER,               )   **JULY 13, 2009 AND EXCLUDING**
                                    )   **TIME FROM  MAY 18, 2009 TO JULY**
18        Defendant.                )   **13, 2009, FROM CALCULATIONS**
                                    )   **UNDER THE SPEEDY TRIAL ACT (18**
19                                  )   **U.S.C. § 3161)**
                                    )
20

        The parties hereby request that the Court enter this order continuing the motions hearing
21
   from May 18, 2009 to July 13, 2009, and excluding time from May 18, 2009 through July 13,
22
   2009.  The parties, including the defendant, stipulate as follows:
23
   1.   The defendant understands and agrees to the exclusion of time from calculations under
24
   the Speedy Trial Act, 18 U.S.C. § 3161, for the period from May 18, 2009 through July 13, 2009
25
   based upon the need for the defense counsel to investigate further the facts of the present case
26
   and determine what, if any, additional motions are appropriate.  The government has produced
27
   discovery in this case and the defense counsel and defendant require additional time to review
28

STIP. & [] ORDER
U.S. v. ROLLER, No. CR 08-00361(A) RMW

and analyze this discovery.

In addition, on March 2, 2009, defendant filed a motion to suppress, a motion for a bill of particulars and a motion to strike one of the counts as multiplicitous. On May 4, 2009, defendant filed a supplemental motion to suppress. Argument for all of these motions is currently scheduled to be heard on May 18, 2009. On May 11, 2009, the government filed supplemental declarations in support of its opposition to defendant's motion to suppress. Defense counsel needs and has requested additional time to investigate and prepare for the motions hearing. Moreover, defense counsel will be away for a vacation in late May 2009. The government will be unavailable the last two weeks June. Therefore, for effective preparation and continuity of counsel and consideration of defendant's motion by the Court, the parties agree that the motions hearing currently scheduled for May 18, 2009 and should be continued to July 13, 2009 at 9 a.m.

2. The parties also need additional time to explore the possibility of a settlement in this case. The parties are scheduled to meet on May 20, 2009 to discuss such a settlement.

3. The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be for the period May 18, 2009 through July 13, 2009.

Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding from calculations the period from May 18, 2009 through July 13, 2009 outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: May 15, 2009           /s/ Richard Pointer  
                                              RICHARD POINTER

DATED: May 15, 2009           /s/ Hanley Chew  
                                              HANLEY CHEW  
                                              Assistant United States Attorney

1  **[] ORDER**

2  Having considered the stipulation of the parties, the Court finds that: (1) the defendant
3  understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18
4  U.S.C. § 3161, May 18, 2009 through July 13, 2009, based upon continuity of defense counsel,
5  the need for the defense counsel to investigate further the facts of the present case, review the
6  discovery that the government has already provided and evaluate further possible defenses and
7  motions available to the defendant; (2) the exclusion of time is necessary for effective
8  preparation of the defense and continuity of counsel and is in the defendant's best interests; and
9  (3) the ends of justice are served by excluding from Speedy Trial calculations the period May 18,
10 2009 through July 13, 2009.

11 Accordingly, the Court further orders that (1) the motions hearing set for May 18, 2009 is
12 vacated and that the next appearance date before this Court is scheduled for July 13, 2009 at 9:00
13 a.m.; and (2) the time Argument for all of these motions are currently scheduled to be heard on
14 May 18, 2009 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

16 IT IS SO ORDERED.

17 DATED: 7/16/09

*Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE
United States District Court Judge