1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4  HANLEY CHEW (CSBN 189985)
   Assistant United States Attorney

5  San Jose Division

6     150 Almaden Boulevard, Suite 900
      San Jose, California 95113
7     Telephone:  (408) 535-5060          *E-FILED - 7/16/09*
      Facsimile:   (408) 535-5066
8     Hanley.Chew@usdoj.gov

9  Attorneys for Plaintiff

10
                          UNITED STATES DISTRICT COURT
11
                         NORTHERN DISTRICT OF CALIFORNIA
12
                                  SAN JOSE DIVISION
13

14  UNITED STATES OF AMERICA,          )   No. CR 08-00361(A) RMW
                                       )
15         Plaintiff,                  )
                                       )   **STIPULATION AND []**
16      v.                             )   **ORDER CONTINUING MOTIONS**
                                       )   **HEARING FROM JULY 13, 2009 TO**
17  GARY JAMES ROLLER,                 )   **AUGUST 10, 2009 AND EXCLUDING**
                                       )   **TIME FROM  JULY 13, 2009 TO**
18         Defendant.                  )   **AUGUST 17, 2009, FROM**
                                       )   **CALCULATIONS UNDER THE**
19                                     )   **SPEEDY TRIAL ACT (18 U.S.C. § 3161)**
    _____)
20
         The parties hereby request that the Court enter this order continuing the motions hearing
21
    from July 13, 2009 to August 10, 2009, and excluding time from July 13, 2009 to August 17,
22
    2009.  The parties, including the defendant, stipulate as follows:
23
    1.   The defendant understands and agrees to the exclusion of time from calculations under
24
    the Speedy Trial Act, 18 U.S.C. § 3161, for the period from July 13, 2009 to August 17, 2009
25
    based upon the need for the defense counsel to investigate further the facts of the present case
26
    and determine what, if any, additional motions are appropriate.  The government has produced
27
    discovery in this case and the defense counsel and defendant require additional time to review
28

STIP. & [] ORDER
U.S. v. ROLLER, No. CR 08-00361(A) RMW

1 and analyze this discovery.

2     In addition, on March 2, 2009, defendant filed a motion to suppress, a motion for a bill of particulars and a motion to strike one of the counts as multiplicitous. On May 4, 2009, defendant filed a supplemental motion to suppress. Argument for all of these motions is currently scheduled to be heard on May 18, 2009. On May 11, 2009, the government filed supplemental declarations in support of its opposition to defendant's motion to suppress. Defense counsel has stated that he will be unavailable on July 13, 2009 because he will in trial in state court. Defense counsel anticipates that the trial will last approximately two to three weeks. Defense counsel will then be unavailable for a few days after the trial. Therefore, defense counsel needs and has requested additional time to investigate and prepare for the motions hearing. Government counsel does not object to this continuance. Therefore, for effective preparation and continuity of counsel and consideration of defendant's motion by the Court, the parties agree that the motions hearing currently scheduled for July 13, 2009 and should be continued to August 17, 2009 at 9 a.m.

2. The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be for the period July 13, 2009 to August 17, 2009.

    Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding from calculations the period from July 13, 2009 to August 17, 2009 outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: July 8, 2009             /s/ Richard Pointer
                                       RICHARD POINTER

DATED: July 8, 2009             /s/ Hanley Chew
                                       HANLEY CHEW
                                       Assistant United States Attorney

**[] ORDER**

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, July 13, 2009 to August 17, 2009, based upon continuity of defense counsel, the need for the defense counsel to investigate further the facts of the present case, review the discovery that the government has already provided and evaluate further possible defenses and motions available to the defendant; (2) the exclusion of time is necessary for effective preparation of the defense and continuity of counsel and is in the defendant's best interests; and (3) the ends of justice are served by excluding from Speedy Trial calculations the period July 13, 2009 to August 17, 2009.

Accordingly, the Court further orders that (1) the motions hearing set for July 13, 2009 is vacated and that the next appearance date before this Court is scheduled for August 17, 2009 at 9:00 a.m.; and (2) the time Argument for all of these motions are currently scheduled to be heard on August 17, 2009 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

DATED: 7/16/09

***FINAL CONTINUANCE***

THE HONORABLE RONALD M. WHYTE
United States District Court Judge