JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney
San Jose Division

*E-FILED - 3/12/10*

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone:  (408) 535-5060
Facsimile:  (408) 535-5066
Hanley.Chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-00361(A) RMW |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND []** |
| v. | ) | **ORDER CONTINUING STATUS** |
| | ) | **CONFERENCE FROM MARCH 15,** |
| | ) | **2010 TO APRIL 5, 2010, AND** |
| GARY JAMES ROLLER, | ) | **EXCLUDING TIME FROM MARCH 15,** |
| | ) | **2010 TO APRIL 5, 2010, FROM** |
| Defendant. | ) | **CALCULATIONS UNDER THE** |
| | ) | **SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |
| | ) | |

The parties hereby request that the Court enter this order continuing the status conference from March 15, 2010 to April 5, 2010, and excluding time from March 15, 2010 to April 5, 2010.  The parties, including the defendant, stipulate as follows:

1.     The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, for the period from March 15, 2010 to April 5, 2010 based upon the need for the defense counsel to investigate further the facts of the present case and determine what, if any, additional motions are appropriate.  The government has produced discovery in this case and the defense counsel and defendant require additional time to review

and analyze this discovery.  Specifically, defense counsel and defendant have requested an additional opportunity to review the images that are at issue in this case.

In addition, defense counsel will be representing the defendant in a four-week child abuse and molestation trial in state court beginning the week of March 1, 2010.  Because of this trial, defense counsel will be unable to attend the scheduled March 15, 2010 status conference.

Therefore, for effective preparation and continuity of counsel and consideration of defendants' motions by the Court, the parties agree that the status conference currently scheduled for March 15, 2010 should be continued to April 5, 2010 at 9 a.m.

2.   The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be for the period March 15, 2010 to April 5, 2010.

Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding from calculations the period from March 15, 2010 to April 5, 2010 outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 2/25/10                          /s/ Richard Pointer
                                        RICHARD POINTER
                                        Attorney for Defendant


DATED: 2/25/10                          /s/ Hanley Chew
                                        HANLEY CHEW
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

**[] ORDER**

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, March 15, 2010 to April 5, 2010, based on the need for the defense counsel to

1    investigate further the facts of the present case, review the discovery that the government has

2    already provided and evaluate further possible defenses and motions available to the defendant;

3    (2) the exclusion of time is necessary for effective preparation of the defense and continuity of

4    counsel and is in the defendant's best interests; (3) defendant's motion to suppress and his

5    supplemental motion to suppress the search warrant are still pending and under consideration by

6    the Court and (4) the ends of justice are served by excluding from Speedy Trial calculations the

7    period from March 15, 2010 to April 5, 2010.

8         Accordingly, the Court further orders that (1) the status conference currently scheduled

9    for March 15, 2010 is vacated and that the next appearance date before this Court is scheduled

10   for April 5, 2010 at 9:00 a.m.; and (2) the time from March 15, 2010 to April 5, 2010  is

11   excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

12

13   IT IS SO ORDERED.

14
     DATED:____3/12/10_____
15                                          _____
                                            THE HONORABLE RONALD M. WHYTE
16                                          United States District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28