JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney
San Jose Division

  150 Almaden Boulevard, Suite 900      *<u>E-FILED - 7/14/10</u>*
  San Jose, California 95113
  Telephone:  (408) 535-5060
  Facsimile:   (408) 535-5066
  Hanley.Chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 08-00361(A) RMW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [] ORDER CONTINUING STATUS CONFERENCE FROM JULY 26, 2010 TO AUGUST 23, 2010, AND EXCLUDING TIME FROM JULY 26, 2010 TO AUGUST 23, 2010, FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |
| GARY JAMES ROLLER, | ) | |
| Defendant. | ) | |

     The parties hereby request that the Court enter this order continuing the status conference from July 26, 2010 to August 23, 2010, and excluding time from July 26, 2010 to August 23, 2010.  The parties, including the defendant, stipulate as follows:

1.     The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, for the period from July 26, 2010 to August 23, 2010 based upon the need for the defense counsel to investigate further the facts of the present case and determine what, if any, additional motions are appropriate.

     Defendant and defense counsel have requested the opportunity to review the images and

STIP. & [] ORDER
U.S. v. ROLLER, No. CR 08-00361(A) RMW

1  films that are at issue in this case.  The government will also provide a computer forensics report
2  on the computer and other digital media upon which the images and films were found by the
3  week of July 5, 2010.  Once this report has been provided, defendant and defense counsel will
4  need additional time to review and analyze it.  In addition, defense counsel is currently in trial
5  and may continue to be in trial the week of July 26, 2010.  Moreover, government counsel will
6  be on annual leave the week of July 26, 2010.

7  Therefore, for effective preparation of defense counsel and continuity of counsel, the
8  parties agree that the status conference currently scheduled for July 26, 2010 should be
9  continued to August 23, 2010 at 9 a.m.

10  2.   The attorney for defendant joins in the request to exclude time under the Speedy Trial
11  Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for
12  effective preparation of the defense and continuity of defense counsel; believes the exclusion is
13  in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial
14  Act, 18 U.S.C. § 3161, should be for the period from July 26, 2010 to August 23, 2010.

15  Given these circumstances, the parties believe, and request that the Court find, that the
16  ends of justice are served by excluding from calculations the period from July 26, 2010 to
17  August 23, 2010 outweigh the best interests of the public and the defendant in a speedy trial
18  under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).
19  IT IS SO STIPULATED.

DATED: 6/30/10                    /s/ Richard Pointer
                                  RICHARD POINTER
                                  Attorney for Defendant

DATED: 6/30/10                    /s/ Hanley Chew
                                  HANLEY CHEW
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

## [] ORDER

Having considered the stipulation of the parties, the Court finds that: (1) the defendant

STIP. & [] ORDER
U.S. v. ROLLER, No. CR 08-00361(A) RMW        2

1  understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18
2  U.S.C. § 3161, from July 26, 2010 to August 23, 2010, based on the need for the defense counsel
3  to investigate further the facts of the present case, review the discovery that the government has
4  already provided and will provide and evaluate further possible defenses and motions available
5  to the defendant; (2) the exclusion of time is necessary for effective preparation of the defense
6  and continuity of counsel and is in the defendant's best interests; and (3) the ends of justice are
7  served by excluding from Speedy Trial calculations the period from July 26, 2010 to August 23,
8  2010.
9       Accordingly, the Court further orders that (1) the status conference currently scheduled
10 for July 26, 2010 is vacated and that the next appearance date before this Court is scheduled for
11 August 23, 2010 at 9:00 a.m.; and (2) the time from July 26, 2010 to August 23, 2010 is
12 excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

14 IT IS SO ORDERED.

15 DATED: 7/14/10

*Ronald M. Whyte*

16 THE HONORABLE RONALD M. WHYTE
United States District Court Judge