JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney
San Jose Division

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone:  (408) 535-5060
Facsimile:   (408) 535-5066
Hanley.Chew@usdoj.gov

*E-FILED - 8/17/10*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-00361(A) RMW |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [] ORDER CONTINUING STATUS CONFERENCE FROM AUGUST 23, 2010 TO OCTOBER 4 2010, AND EXCLUDING TIME FROM AUGUST 23, 2010 TO OCTOBER 4, 2010, FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |
| GARY JAMES ROLLER, | ) | |
| Defendant. | ) | |

The parties hereby request that the Court enter this order continuing the status conference from August 23, 2010 to October 4, 2010, and excluding time from August 23, 2010 to October 4, 2010.  The parties, including the defendant, stipulate as follows:

1.     The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, for the period from August 23, 2010 to October 4, 2010 based upon the need for the defense counsel to investigate further the facts of the present case and determine what, if any, additional motions are appropriate.   Defense counsel has been involved in a state homicide trial for the past several weeks and needs additional time to prepare.

STIP. & [] ORDER
U.S. v. ROLLER, No. CR 08-00361(A) RMW

1    In addition, defendant has also requested additional discovery.  The government will review and evaluate defendant's discovery request and provide additional appropriate discovery. Moreover, defense counsel anticipates representing a defendant in a second-degree murder trial in late September 2010.

Therefore, for effective preparation of defense counsel and continuity of counsel, the parties agree that the status conference currently scheduled for August 23, 2010 should be continued to October 4, 2010 at 9 a.m.

2.    The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense and continuity of defense counsel; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be for the period from August 23, 2010 to October 4, 2010.

Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding from calculations the period from August 23, 2010 to October 4, 2010 outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 8/16/10                         /s/ Richard Pointer
                                       RICHARD POINTER
                                       Attorney for Defendant

DATED: 8/16/10                         /s/ Hanley Chew
                                       HANLEY CHEW
                                       Assistant United States Attorney
                                       Attorney for Plaintiff

## [] ORDER

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from August 23, 2010 to October 4, 2010, based on the need for the defense

1  counsel to investigate further the facts of the present case, review the discovery that the
2  government has already provided and will provide and evaluate further possible defenses and
3  motions available to the defendant; (2) the exclusion of time is necessary for effective
4  preparation of the defense and continuity of counsel and is in the defendant's best interests; and
5  (3) the ends of justice are served by excluding from Speedy Trial calculations the period from
6  August 23, 2010 to October 4, 2010.

7  Accordingly, the Court further orders that (1) the status conference currently scheduled
8  for August 23, 2010 is vacated and that the next appearance date before this Court is scheduled
9  for October 4, 2010 at 9:00 a.m.; and (2) the time from August 23, 2010 to October 4, 2010 is
10  excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

12  IT IS SO ORDERED.

13  DATED: 8/17/10

*Ronald M. Whyte*

14  THE HONORABLE RONALD M. WHYTE
United States District Court Judge

STIP. & [] ORDER
U.S. v. ROLLER, No. CR 08-00361(A) RMW          3