JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney
San Jose Division

*E-FILED - 1/19/11*

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone:  (408) 535-5060
   Facsimile:   (408) 535-5066
   Hanley.Chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GARY JAMES ROLLER, ) <br> ) <br>    Defendant. ) <br> ) <br> _____ ) | No. CR 08-00361(A) RMW <br><br> **STIPULATION AND []** <br> **ORDER SETTING TRIAL DATE ON** <br> **MARCH 28, 2011, AND EXCLUDING** <br> **TIME FROM FEBRUARY 8, 2011 TO** <br> **MARCH 28, 2011, FROM** <br> **CALCULATIONS UNDER THE** <br> **SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |

     The parties hereby request that the Court enter this order setting a trial date for March 28, 2011, and excluding time from February 8, 2011 to March 28, 2011.  The parties, including the defendant, stipulate as follows:

1.    The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, for the period from February 8, 2011 to March 28, 2011 based upon the need for the defense counsel to investigate further the facts of the present case and determine what, if any, additional motions and defenses are appropriate.  Defense counsel will be involved in several criminal matters, including a trial,  in the next few months and will

STIP. & [PROPOSED] ORDER
U.S. v. ROLLER, No. CR 08-00361(A) RMW

require additional time to prepare for trial.  Therefore, for effective preparation of defense counsel and continuity of counsel, the parties respectfully request that the Court vacate the current trial date of February 7, 2011, set a March 28, 2011 as the date for trial in this matter and March 17, 2011 as the date for the pretrial conference in this case.

2. The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense and continuity of defense counsel; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be for the period from February 8, 2011 to March 28, 2011.

Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding from calculations the period from February 8, 2011 to March 28, 2011 outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: January 4, 2011        /s/ Richard Pointer
                              RICHARD POINTER
                              Attorney for Defendant

DATED: January 4, 2011        /s/ Hanley Chew
                              HANLEY CHEW
                              Assistant United States Attorney
                              Attorney for Plaintiff

## [] ORDER

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from February 8, 2011 to March 28, 2011, based on the need for the defense counsel to investigate further the facts of the present case, review the discovery that the government has already provided and will provide and evaluate further possible defenses and motions available to the defendant and otherwise prepare for trial; (2) the exclusion of time is necessary for effective preparation of the defense and continuity of counsel and is in the

1  defendant's best interests; and (3) the ends of justice are served by excluding from Speedy Trial
2  calculations the period from February 8, 2011 to March 28, 2011.
3      Accordingly, the Court further orders that (1) trial in this case be scheduled for March 28,
4  2011 and pretrial conference in this case be scheduled for March 17, 2011 at 2:00 p.m.; and (2)
5  the time from February 8, 2011 to March 28, 2011 is excluded from time calculations under the
6  Speedy Trial Act, 18 U.S.C. § 3161.

8  IT IS SO ORDERED.

9  DATED: 1/19/11

   *Ronald M. Whyte*
10  THE HONORABLE RONALD M. WHYTE
    United States District Court Judge