1    MELINDA HAAG (CABN 132612)
     United States Attorney
2
     MIRANDA KANE (CABN 150630)
3    Chief, Criminal Division

4    HANLEY CHEW (CSBN 189985)
     Assistant United States Attorney
5    San Jose Division                              *E-FILED - 3/16/11*

6       150 Almaden Boulevard, Suite 900
        San Jose, California 95113
7       Telephone:  (408) 535-5060
        Facsimile:   (408) 535-5066
8       Hanley.Chew@usdoj.gov

9    Attorneys for Plaintiff

10
                        UNITED STATES DISTRICT COURT
11
                     NORTHERN DISTRICT OF CALIFORNIA
12
                              SAN JOSE DIVISION
13

14   UNITED STATES OF AMERICA,         )    No. CR 08-00361(A) RMW
                                       )
15        Plaintiff,                   )
                                       )
16        v.                           )    **STIPULATION AND []**
                                       )    **ORDER SETTING TRIAL DATE ON**
17   GARY JAMES ROLLER,                )    **MAY 30, 2011, AND EXCLUDING**
                                       )    **TIME FROM MARCH 28, 2011 TO**
18        Defendant.                   )    **JUNE 13, 2011, FROM CALCULATIONS**
                                       )    **UNDER THE SPEEDY TRIAL ACT (18**
19                                     )    **U.S.C. § 3161)**
                                       )
20   _____)

            The parties hereby request that the Court enter this order setting a trial date for June 13,
21
     2011, and excluding time from March 28, 2011 to June 13, 2011.  The parties, including the
22
     defendant, stipulate as follows:
23
     1.     The defendant understands and agrees to the exclusion of time from calculations under
24
     the Speedy Trial Act, 18 U.S.C. § 3161, for the period from March 28, 2011 to June 13, 2011
25
     based upon the need for the defense counsel to investigate further the facts of the present case
26
     and determine what, if any, additional motions and defenses are appropriate.  Defense counsel is
27
     currently preparing multiple substantive motions and anticipates filing them either the week of
28

     STIP. & [] ORDER
     U.S. v. ROLLER, No. CR 08-00361(A) RMW

1   March 14 or March 21, 2011.  In order to provide the government adequate time to respond to

2   these motions and the Court to consider them, the parties believe that a continuance is

3   appropriate.  Moreover, the federal grand jury in San Jose, California, returned a second

4   superseding indictment on February 9, 2011.  The government produced discovery related to the

5   second superseding indictment that same day.  Defense counsel and defendant need additional

6   time to review and examine this new discovery.  In addition, defense counsel will be involved in

7   several criminal matters, including a trial,  in the next few months and will require additional

8   time to prepare for trial.  Further, government counsel will be working on multi-issue appeal

9   before the Ninth Circuit in April and May 2011.  Therefore, for effective preparation of defense

10  counsel and continuity of counsel, the parties respectfully request  that the Court vacate the

11  current trial date of March 28, 2011, set a June 13, 2011 as the date for trial in this matter and

12  June 2, 2011 as the date for the pretrial conference in this case.

13  2.       The attorney for defendant joins in the request to exclude time under the Speedy Trial

14  Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for

15  effective preparation of the defense and continuity of defense counsel; believes the exclusion is

16  in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial

17  Act, 18 U.S.C. § 3161, should be for the period from March 28, 2011 to June 13, 2011.

18        Given these circumstances, the parties believe, and request that the Court find, that the

19  ends of justice are served by excluding from calculations the period from March 28, 2011 to June

20  13, 2011 outweigh the best interests of the public and the defendant in a speedy trial under the

21  Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

22  IT IS SO STIPULATED.

23

24  DATED: March 9, 2011                    /s/ Richard Pointer
                                            RICHARD POINTER
                                            Attorney for Defendant
25

26  DATED: March 9, 2011                    /s/ Hanley Chew
                                            HANLEY CHEW
27                                          Assistant United States Attorney
                                            Attorney for Plaintiff
28

1

2

## [] ORDER

3    Having considered the stipulation of the parties, the Court finds that: (1) the defendant

4 understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18

5 U.S.C. § 3161, from March 28, 2011 to June 13, 2011, based on the need for the defense counsel

6 to investigate further the facts of the present case, review the discovery that the government has

7 already provided and will provide and evaluate further possible defenses and motions available

8 to the defendant and otherwise prepare for trial; (2) the exclusion of time is necessary for

9 effective preparation of the defense and continuity of counsel and is in the defendant's best

10 interests; and (3) the ends of justice are served by excluding from Speedy Trial calculations the

11 period from March 28, 2011 to June 13, 2011.

12    Accordingly, the Court further orders that (1) trial in this case be scheduled for June 13,

13 2011ar 1:30 p.m. and pretrial conference in this case be scheduled for June 2, 2011 at 2:00 p.m.;

14 and (2) the time from March 28, 2011 to June 13, 2011 is excluded from time calculations under

15 the Speedy Trial Act, 18 U.S.C. § 3161.

16

17 IT IS SO ORDERED.

18
DATED:___3/16/11_____

19                                        THE HONORABLE RONALD M. WHYTE
                                          United States District Court Judge

20

21

22

23

24

25

26

27

28

STIP. & [] ORDER
U.S. v. ROLLER, No. CR 08-00361(A) RMW          3