1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  HANLEY CHEW (CSBN 189985)
   Assistant United States Attorney
5  San Jose Division                          ÒÉæÞÓÒÖÖÆÆÁÐ₣FE

6     150 Almaden Boulevard, Suite 900
      San Jose, California 95113
7     Telephone:  (408) 535-5060
      Facsimile:   (408) 535-5066
8     Hanley.Chew@usdoj.gov

9  Attorneys for Plaintiff

10
                    UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN JOSE DIVISION
13

14  UNITED STATES OF AMERICA,        )    No. CR 08-00361(B) RMW
                                     )
15        Plaintiff,                 )
                                     )
16     v.                            )    **STIPULATION AND []**
                                     )    **ORDER SETTING TRIAL DATE ON**
17  GARY JAMES ROLLER,               )    **SEPTEMBER 19, 2011, AND**
                                     )    **EXCLUDING TIME FROM**
18        Defendant.                 )    **SEPTEMBER 19, 2011 TO NOVEMBER**
                                     )    **14, 2011, FROM CALCULATIONS**
19                                   )    **UNDER THE SPEEDY TRIAL ACT (18**
    _____)    **U.S.C. § 3161)**

20
           The parties hereby request that the Court enter this order setting a trial date for October
21
    17, 2011, and excluding time from September 19, 2011 through November 14, 2011.  Trial in
22
    this matter is currently scheduled for September 19, 2011.  The parties, including the defendant,
23
    stipulate as follows:
24
    1.     The defendant understands and agrees to the exclusion of time from calculations under
25
    the Speedy Trial Act, 18 U.S.C. § 3161, for the period from September 19, 2011 through
26
    November 14, 2011 based upon the need for the defense counsel to investigate further the facts
27
    of the present case and determine what, if any, additional motions and defenses are appropriate.
28

    STIP. & [] ORDER
    U.S. v. ROLLER, No. CR 08-00361(B) RMW

1  Defense counsel has indicated that there are additional items that he will be seeking in discovery,

2  including some computer forensic information.  In addition, defense counsel will be involved in

3  a two-week rape trial beginning on September 6, 2011.  Once that trial is concluded, defense

4  counsel will need additional time to prepare for trial.  The parties may also hold settlement

5  discussions concerning a disposition of this case.  Therefore, for effective preparation of defense

6  counsel and continuity of counsel, the parties respectfully request  that the Court vacate the

7  current trial date of September 19, 2011, set November 14, 2011 as the date for trial in this

8  matter and November 3, 2011 as the date for the pretrial conference in this case.

9  2.        The attorney for defendant joins in the request to exclude time under the Speedy Trial

10  Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for

11  effective preparation of the defense and continuity of defense counsel; believes the exclusion is

12  in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial

13  Act, 18 U.S.C. § 3161, should be for the period from September 19, 2011 through November 14,

14  2011.

15        Given these circumstances, the parties believe, and request that the Court find, that the

16  ends of justice are served by excluding from calculations the period from September 19, 2011

17  through November 14, 2011 outweigh the best interests of the public and the defendant in a

18  speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

19  IT IS SO STIPULATED.

20

21  DATED: September 1, 2011                    /s/ Richard Pointer
                                                RICHARD POINTER
22                                              Attorney for Defendant

23  DATED: August 31, 2011                      /s/ Hanley Chew
                                                HANLEY CHEW
24                                              Assistant United States Attorney
                                                Attorney for Plaintiff
25

26

27                                    **[] ORDER**

28        Having considered the stipulation of the parties, the Court finds that: (1) the defendant

STIP. & [] ORDER
U.S. v. ROLLER, No. CR 08-00361(B) RMW            2

1   understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18

2   U.S.C. § 3161, from September 19, 2011 through November 14, 2011, based on the need for the

3   defense counsel to investigate further the facts of the present case, review the discovery that the

4   government has already provided and will provide and evaluate further possible defenses and

5   motions available to the defendant and otherwise prepare for trial; (2) the exclusion of time is

6   necessary for effective preparation of the defense and continuity of counsel and is in the

7   defendant's best interests; and (3) the ends of justice are served by excluding from Speedy Trial

8   calculations the period from September 19, 2011 through November 14, 2011.

9        Accordingly, the Court further orders that (1) trial in this case be scheduled for

10  November 14, 2011 and pretrial conference in this case be scheduled for November 3, 2011 at

11  1:30 p.m.; and (2) the time from September 19, 2011 through November 14, 2011 is excluded

12  from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

13

14  IT IS SO ORDERED.

15  DATED:_____JƊʭƀF_____

16  _Ronald M. Whyte_
    THE HONORABLE RONALD M. WHYTE
    United States District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28

STIP. & [] ORDER
U.S. v. ROLLER, No. CR 08-00361(B) RMW          3