| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612) |
|   | United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630) |
|   | Chief, Criminal Division |
| 4 | HANLEY CHEW (CSBN 189985) |
|   | Assistant United States Attorney |
| 5 | San Jose Division |

1  MELINDA HAAG (CABN 132612)
   United States Attorney

3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division

4  HANLEY CHEW (CSBN 189985)
   Assistant United States Attorney
5  San Jose Division

6    150 Almaden Boulevard, Suite 900
     San Jose, California 95113
7    Telephone:  (408) 535-5060
     Facsimile:   (408) 535-5066
8    Hanley.Chew@usdoj.gov

9  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-00361(B) RMW |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND []** |
| v. | ) | **ORDER SETTING TRIAL DATE ON** |
| | ) | **MARCH 12, 2012, AND EXCLUDING** |
| GARY JAMES ROLLER, | ) | **TIME FROM NOVEMBER 14, 2011 TO** |
| | ) | **MARCH 12, 2012, FROM** |
| Defendant. | ) | **CALCULATIONS UNDER THE** |
| | ) | **SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |

The parties hereby request that the Court enter this order setting a trial date for November 14, 2011, and excluding time from November 14, 2011 through March 12, 2012. Trial in this matter is currently scheduled for November 14, 2011. The parties, including the defendant, stipulate as follows:

1. The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, for the period from November 14, 2011 through March 12, 2012 based upon the need for the defense counsel to investigate further the facts of the present case and determine what, if any, additional motions and defenses are appropriate.

STIP. & [] ORDER
U.S. v. ROLLER, No. CR 08-00361(B) RMW

Defense counsel has indicated that there are additional items that he will be seeking in discovery, including some computer forensic information. In addition, defense counsel will be involved in a trial in mid-November 2011 and a month-long homicide trial in February 2012. Once that trial is concluded, defense counsel will need additional time to prepare for trial. The parties have also held settlement discussions concerning a disposition of this case and need additional time to pursue those discussions. Moreover, because of the holidays, several witnesses will be unavailable for parts of November and December 2011. Therefore, for effective preparation of defense counsel and continuity of counsel, the parties respectfully request that the Court vacate the current trial date of November 14, 2011, set March 12, 2012 as the date for trial in this matter and January 5, 2012 as the date for the pretrial conference in this case.

2.      The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense and continuity of defense counsel; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be for the period from November 14, 2011 through March 12, 2012.

Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding from calculations the period from November 14, 2011 through March 12, 2012 outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: October 27, 2011        /s/ Richard Pointer
                               RICHARD POINTER
                               Attorney for Defendant

DATED: October 27, 2011        /s/ Hanley Chew
                               HANLEY CHEW
                               Assistant United States Attorney
                               Attorney for Plaintiff

STIP. & [] ORDER
U.S. v. ROLLER, No. CR 08-00361(B) RMW        2

**[] ORDER**

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from November 14, 2011 through March 12, 2012, based on the need for the defense counsel to investigate further the facts of the present case, review the discovery that the government has already provided and will provide and evaluate further possible defenses and motions available to the defendant and otherwise prepare for trial; (2) the exclusion of time is necessary for effective preparation of the defense and continuity of counsel and is in the defendant's best interests; and (3) the ends of justice are served by excluding from Speedy Trial calculations the period from November 14, 2011 through March 12, 2012.

Accordingly, the Court further orders that (1) trial in this case be scheduled for March 12, 2012 and pretrial conference in this case be scheduled for March 1, 2012 at 1:30 p.m.; and (2) the time from November 14, 2011 through March 12, 2012 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

DATED:_____    _____
                              THE HONORABLE RONALD M. WHYTE
                              United States District Court Judge