1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  HANLEY CHEW (CSBN 189985)
   Assistant United States Attorney
5  San Jose Division
6     150 Almaden Boulevard, Suite 900
      San Jose, California 95113
7     Telephone:  (408) 535-5060
      Facsimile:   (408) 535-5066
8     Hanley.Chew@usdoj.gov
9  Attorneys for Plaintiff

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

                    SAN JOSE DIVISION

   UNITED STATES OF AMERICA,      )   No. CR 08-00361(B) RMW
                                  )
        Plaintiff,                )
                                  )   **STIPULATION AND []**
        v.                        )   **ORDER TO CONTINUE PRETRIAL**
                                  )   **CONFERENCE FROM NOVEMBER 8,**
   GARY JAMES ROLLER,             )   **2012 TO NOVEMBER 29, 2012**
                                  )
        Defendant.                )
                                  )
                                  )

        The parties hereby request the Court enter this order continuing the pretrial conference in the above-captioned matter from November 8, 2012 to November 29, 2012. The parties, including the defendant stipulate, as follows:

   1.   On September 13, 2012, the Court entered a proposed order submitted by the parties continuing the trial date in this matter to December 3, 2012 and setting the pretrial conference for November 8, 2012 at 2:00 p.m.

   2.   Government counsel will be unavailable at the time of the pretrial conference because of a family medical situation. Defense counsel is not available the week of November 12 because

STIP. & [] ORDER
U.S. v. ROLLER, No. CR 08-00361(B) RMW

1  of previously scheduled trip to New York.  The week of November 19 is the week of
2  Thanksgiving.
3       Given these circumstances, the parties believe, and request that the Court find, that good
4  cause exists for continuing the pretrial conference in this case from November 8, 2012 to
5  November 29, 2012.
6  IT IS SO STIPULATED.

DATED: 10/29/12                              /s/
                                       PETER LEEMING
                                       GRAHAM ARCHER
                                       Attorneys for Defendant

DATED:  10/29/12                             /s/
                                       HANLEY CHEW
                                       Assistant United States Attorney
                                       Attorney for Plaintiff

## [] ORDER

Having considered the stipulation of the parties, the Court finds that good cause exists for continuing the pretrial conference in the above-captioned case from November 8, 2012 to November 29, 2012.  Accordingly, the Court further orders that the pretrial conference in the above-captioned case from November 8, 2012 to November 29, 2012.

IT IS SO ORDERED.

DATED: FFÐÆG

*Ronald M. Whyte*

THE HONORABLE RONALD M. WHYTE
United States District Court Judge