1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  HANLEY CHEW (CSBN 189985)
   Assistant United States Attorney
5  San Jose Division

6     150 Almaden Boulevard, Suite 900
      San Jose, California 95113
7     Telephone:  (408) 535-5060
      Facsimile:   (408) 535-5066
8     Hanley.Chew@usdoj.gov

9  Attorneys for Plaintiff

10
                       UNITED STATES DISTRICT COURT
11
                      NORTHERN DISTRICT OF CALIFORNIA
12
                             SAN JOSE DIVISION
13

14 | UNITED STATES OF AMERICA,        )   No. CR 08-00361(B) RMW
                                      )
15 |      Plaintiff,                  )
                                      )   **STIPULATION AND []**
16 | v.                               )   **ORDER TO CONTINUE PRETRIAL**
                                      )   **CONFERENCE FROM NOVEMBER 8,**
17 | GARY JAMES ROLLER,               )   **2012 TO NOVEMBER 29, 2012**
                                      )
18 |      Defendant.                  )
                                      )
19                                    )
                                      )
20

           The parties hereby request the Court enter this order continuing the pretrial conference in
21
   the above-captioned matter from November 8, 2012 to November 29, 2012.  The parties,
22
   including the defendant stipulate, as follows:
23
   1.     On September 13, 2012, the Court entered a proposed order submitted by the parties
24
   continuing the trial date in this matter to December 3, 2012 and setting the pretrial conference
25
   for November 8, 2012 at 2:00 p.m.
26
   2.     Government counsel will be unavailable at the time of the pretrial conference because of
27
   a family medical situation.  Defense counsel is not available the week of November 12 because
28

STIP. & [] ORDER
U.S. v. ROLLER, No. CR 08-00361(B) RMW

of previously scheduled trip to New York.  The week of November 19 is the week of Thanksgiving.

Given these circumstances, the parties believe, and request that the Court find, that good cause exists for continuing the pretrial conference in this case from November 8, 2012 to November 29, 2012.

IT IS SO STIPULATED.

DATED: 10/29/12                                  /s/
                                                 PETER LEEMING
                                                 GRAHAM ARCHER
                                                 Attorneys for Defendant

DATED:  10/29/12                                 /s/
                                                 HANLEY CHEW
                                                 Assistant United States Attorney
                                                 Attorney for Plaintiff

**[] ORDER**

Having considered the stipulation of the parties, the Court finds that good cause exists for continuing the pretrial conference in the above-captioned case from November 8, 2012 to November 29, 2012.  Accordingly, the Court further orders that the pretrial conference in the above-captioned case from November 8, 2012 to November 29, 2012.

IT IS SO ORDERED.

DATED: FF╪D╪FG                                  *Ronald M. Whyte*
                                                 THE HONORABLE RONALD M. WHYTE
                                                 United States District Court Judge

STIP. & [] ORDER
U.S. v. ROLLER, No. CR 08-00361(B) RMW          2